IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,  )
                            )
            Plaintiff,       )
                            )
      v.                     )        MISC.  NO. 2:18-mc-3846-MHT-SRW
                            )
RAYMOND JAMES AND ASSOCIATES, )
                            )
            Garnishee,       )
                            )
CHRISTI MURPHY-THOMAS,       )
                            )
            Defendant        )

WRIT OF GARNISHMENT

GREETINGS TO:   RAYMOND JAMES AND ASSOCIATES
                Attn: David Petty
                7460 Halcyon Pointe Drive, Suite 301
                MONTGOMERY, AL 36117

Judgment having been entered in the above cause on August 14, 2018 in the sum of $96,982.29, against the defendant, CHRISTI MURPHY-THOMAS, said sum having not been paid, you are commanded to immediately withhold all property in your custody, control or possession of the defendant, CHRISTI MURPHY-THOMAS, **including but not limited to, the defendant's individual retirement accounts, 401-K accounts, checking accounts, savings accounts, private reserve accounts, IRAs, CDs, etc.,** and retain it in your possession until you receive instructions from the Court which will tell you what to do with the property and which will notify you when this Writ is no longer in effect.

IN WITNESS WHEREOF, I, <u>Debra P. Hackett</u>, Clerk of said Court, have Set My Hand this the ___20th___ day of _____December_____, 2018.

DEBRA P. HACKETT, Clerk
United States District Court
For the Middle District of Alabama

BY: _____
Deputy Clerk