**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **MISC. ACTION NO.** |
| v. | ) | **2:18mc3846-MHT** |
| | ) | **(WO)** |
| **RAYMOND JAMES AND** | ) | |
| **ASSOCIATES,** | ) | |
| | ) | |
| **Garnishee,** | ) | |
| | ) | |
| **CHRISTI MURPHY-THOMAS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

It is ORDERED that the government's motion to dismiss the writ of garnishment (doc. no. 15) is granted, and the writ of garnishment is dismissed.

This case is closed.

DONE, this the 19th day of February, 2019.

                                     /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**